JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WALSH,<br><br>         Plaintiff,<br><br>   v.<br><br>HOME LOAN CORPORATION, et al.<br><br>         Defendants. | Case No. CV 12-5869 DSF (AJWx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution as to defendants Home Loan Corporation and LaSalle Bank National Association, and plaintiff not having timely responded, and the Court having ordered that the claims of Mortgage Electronic Registration Systems be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 11/20/12

DALE S. FISCHER
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28